UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RICHARD WOOD                                                                         PLAINTIFF

V.                              NO. 3:17-CV-00221-JTR

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                                                       DEFENDANT

## **ORDER**

Before the Court is Plaintiff's Unopposed Motion to Extend Time to file an appellate brief. For good cause shown,

IT IS HEREBY ORDERED that Plaintiff's Motion (*Doc. 13*) is GRANTED. The Court's Scheduling Order (*Doc. 12*) is modified to provide that Plaintiff's brief is due no later than **January 2, 2018**. Defendant's brief is due within forty-two (42) days after service of Plaintiff's brief.

Dated this 19th day of December, 2017.

_____
UNITED STATES MAGISTRATE JUDGE